THE NATIONAL PARK BANK OF NEW YORK, Respondent, v. FRANK RANDO, Appellant.

*National Park Bank of N. Y.* v. *Rando*, 135 App. Div. 914, appeal dismissed.
(Submitted September 26, 1910; decided October 3, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court of the first judicial department, entered December 8, 1909, affirming a judgment in favor of plaintiff.

The motion was made upon the ground that the appellant failed to perfect his appeal by filing the required undertaking.

*Louis F. Doyle* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.